**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1935**

JUSTIN GREENUP,

        Plaintiff - Appellant,

    v.

CSX TRANSPORTATION, INC.,

        Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Catherine C. Blake, District Judge. (1:17-cv-01295-CCB)

Submitted: October 16, 2020               Decided: November 10, 2020

Before FLOYD and HARRIS, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

P. Matthew Darby, H. David Leibensperger, BERMAN, SOBIN, GROSS, FELDMAN & DARBY, L.L.P., Lutherville, Maryland for Appellant. Jacqueline M. Holmes, Nikki L. McArthur, JONES DAY, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Justin Greenup appeals the district court's order granting summary judgment in favor of CSX Transportation, Inc., on his retaliatory discharge claim under the Federal Railway Safety Act (FRSA), 49 U.S.C. § 20109. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Greenup v. CSX Transp., Inc.*, No. 1:17-cv-01295-CCB (D. Md. July 31, 2019). We deny Greenup's motion to schedule oral argument, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*